SCHINDEL, FARMAN, LIPSIUS,
GARDNER & RABINOVICH LLP
14 Penn Plaza, Suite 500
New York, New York 10122
212-563-1710
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK KRAFT, Trustee of The Marilyn Mandel Irrev. Trust DTD 6/12/05,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>LINCOLN BENEFIT LIFE COMPANY,<br><br>　　　　　　　　　　Defendant. | Docket No.: 10-cv-2018<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE**, that plaintiff Mark Kraft, Trustee of The Marilyn Mandel Irrev. Trust DTD 6/12/05, hereby appears in the above entitled action, and that the undersigned has been retained as attorneys for said plaintiff.

Dated: New York, New York
　　　　May 10, 2010

　　　　　　　　　　　　　　　　　　SCHINDEL, FARMAN, LIPSIUS
　　　　　　　　　　　　　　　　　　GARDNER & RABINOVICH LLP
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

　　　　　　　　By:　_____
　　　　　　　　　　　Cheryl D. Lipsius (CL6438) clipsius@sfl-legal.com
　　　　　　　　　　　14 Penn Plaza, Suite 500
　　　　　　　　　　　New York, New York  10122
　　　　　　　　　　　212-563-1710