## SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP
ATTORNEYS AT LAW
14 PENN PLAZA, SUITE 500
NEW YORK, N.Y. 10122

|  |  |  |
|---|---|---|
|  |  | NEW JERSEY OFFICE |
|  | (212) 563-1710 | 4 CORNWALL DRIVE, SUITE 101 |
|  | FACSIMILE (212) 695-6602 | EAST BRUNSWICK, N.J. 08816 |
| IRA S. LIPSIUS | WEBSITE: www.sfl-legal.com | (732) 390-0166 |
| Extension 202 |  |  |
| E-mail ilipsius@sfl-legal.com |  |  |
|  |  | FACSIMILE (732) 432-7706 |

December 20, 2010

**VIA ECF AND REGULAR MAIL**

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:   **Mark Kraft, Trustee, v. Lincoln Benefit Life Company**
>        **Docket No. 10-2018**
>        **Our File No. 4359.2301**

Dear Judge Levy,

     Please be advised that Plaintiff has determined that it will not be filing opposition papers to Lincoln Benefit Life's Motion to File and Serve its Third Party Complaint. Thank you for your consideration in this matter. .

                              Very truly yours,

                              SCHINDEL, FARMAN, LIPSIUS,
                              GARDNER & RABINOVICH LLP


                              Ira S. Lipsius

ISL: