Andrew T. Hahn, Sr. (AH-6283)
Jay W. Cho (JC-9580)
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

Attorneys for Defendant
Lincoln Benefit Life Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| MARK KRAFT, Trustee of The Marilyn Mandel Irrev. Trust DTD 6/12/05, | : | 10-Civ-2018 (JG) (RML) |
| | : | |
| Plaintiff, | : | **CERTIFICATE OF SERVICE** |
| | : | |
| v. | : | |
| | : | |
| LINCOLN BENEFIT LIFE COMPANY, | : | |
| | : | |
| Defendant/Third Party-Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CHAIM MUSKAT, | : | |
| | : | |
| Third-Party Defendant. | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Andrew T. Hahn, Sr., states under penalty of perjury:

1.      I hereby certify that on December 29, 2010, I caused a copy of the executed

Third-Party Summons to be sent by overnight mail, via Federal Express, to the following counsel

of record:

> Bruce S. Gottesman, Esq.
> 185-12 Union Turnpike
> Fresh Meadows, New York 11366
> (718) 454-4422
> Attorney for Chaim Muskat

2.      On December 29, 2010, Third-Party Defendant Chaim Muskat's counsel, Bruce

S. Gottesman, agreed to accept service of the Third-Party Complaint by Federal Express on his

client's behalf.

_____
        Andrew T. Hahn, Sr.

2

AO 441 (Rev. 07/10)  Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| MARK KRAFT, (see addendum) ) | |
| _Plaintiff_ ) | Civil Action No.  10-Civ-2018 (JG)(RML) |
| v. ) | |
| LINCOLN BENEFIT LIFE COMPANY ) | |
| _Defendant, Third-party plaintiff_ ) | |
| v. ) | |
| CHAIM MUSKAT ) | |
| _Third-party defendant_ ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*     Chaim Muskat
85-27 124 Street
Kew Gardens, New York 11415

A lawsuit has been filed against defendant   Lincoln Benefit Life Co.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   Mark Kraft (see addendum)  .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
ANDREW T. HAHN, SR., ESQ.
SEYFARTH SHAW
620 Eighth Avenue, New York, New York 10018

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
CHERYL D. LIPSIUS, ESQ.
SCHINDEL, FARMAN, LIPSIUS, GARDNER & RABINOVICH LLP
14 Penn Plaza, Suite 500, New York, New York 10122

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached.  You may — but are not required to – respond to it.

Date:  DEC 2 8 2010

ROBERT C. HEINEMANN
_CLERK OF COURT_

_Signature of Clerk or Deputy Clerk_

# ADDENDUM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                :

MARK KRAFT, Trustee of The Marilyn Mandel  :    10-Civ-2018 (JG) (RML)
Irrev. Trust DTD 6/12/05,                     :

                   Plaintiff,        :

                                :

        v.                       :

LINCOLN BENEFIT LIFE COMPANY,      :

                   Defendant/Third  :
                   Party Plaintiff, :

                                :

        v.                       :

CHAIM MUSKAT,                      :

                                :

                   Third Party    :
                   Defendant.    :

                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## Ravnikar, Lydia

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, December 31, 2010 10:14 AM |
| **To:** | Ravnikar, Lydia |
| **Subject:** | FedEx Shipment 982648751234 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | SEYFARTH SHAW LLP |
| Name: | Lydia E. Ravnikar |
| E-mail: | lravnikar@seyfarth.com |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Door Tag number: | DT102563556673 |
| Reference: | 38627-000215 |
| Ship (P/U) date: | Dec 29, 2010 |
| Delivery date: | Dec 31, 2010 10:07 AM |
| Sign for by: | B.GOTTESMAN |
| Delivery location: | MASPETH, NY |
| Delivered to: | Receptionist/Front Desk |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |

Tracking number:           982648751234

Shipper Information                Recipient Information
Lydia E. Ravnikar                  Bruce S. Gottesman Esq.
SEYFARTH SHAW LLP                  185-12 Union Turnpike
620 8TH AVE STE 3300               Fresh Meadows
NEW YORK                           NY
NY                                 US
US                                 11366
10018

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:13 AM CST
on 12/31/2010.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the status of this shipment online, please use the following:
https://www.fedex.com/insight/findit/nrp.jsp?tracknumbers=982648751234
&language=en&opco=FX&clienttype=ivpodalrt

This tracking update has been sent to you by FedEx on the behalf of the
Requestor noted above. FedEx does not validate the authenticity of the
requestor and does not validate, guarantee or warrant the authenticity of the
request, the requestor's message, or the accuracy of this tracking update. For
tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.