BARUCH S. GOTTESMAN, ESQ.
185-12 Union Turnpike
Fresh Meadows, NY 11366
*Attorney for Third-Party Defendant Chaim Muskat*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

**MARK KRAFT**, Trustee of The Marilyn Mandel Irrev. Trust DTD 6/12/05

        Plaintiff,

~ against ~

**LINCOLN BENEFIT LIFE COMPANY**,

        Defendant / Third-Party Plaintiff,

~ against ~

**CHAIM MUSKAT**,

        Third-Party Defendant

-----------------------------------------------------------x

10-Civ-02018 (JG)(RML)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Third-Party Defendant, **CHAIM MUSKAT**, hereby appears in the above entitled action, and that the Undersigned has been retained as attorney for said Third-Party Defendant.

Dated: Queens, New York
January 20, 2011

By: *[signature]*
BARUCH S. GOTTESMAN, ESQ.
185-12 Union Turnpike
Fresh Meadows, NY 11366
*Attorney for Third-Party Defendant Chaim Muskat*