

**Baruch S. Gottesman**
Attorney and Counselor at Law

January 20, 2011

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:  Mark Kraft, Trustee v. Lincoln Benefit Life Company v. Chaim Muskat
Docket No. 10-civ-2018 (JG)(RML)**

Dear Judge Levy:

We represent Third-Party Defendant Chaim Muskat. With the consent of Andrew Hahn, attorney for Third-Party Plaintiff Lincoln Benefit Life, we request an extension of time to Answer or otherwise respond to the Third-Party Complaint.

(1.)  The Answer was originally due January 21, 2011.
(2.)  Additional time is needed for Third-Party Defendant to properly prepare its Answer or otherwise respond to the Complaint.
(3.)  Two weeks are needed (February 4, 2011).
(4.) (5.) No previous requests for extension of time have been made
(6.)  Counsel for Third-Party Plaintiff consents. (See attached)

We therefore respectfully request that the Court extend the time to Answer the Third Party Complaint to February 4, 2011.

Respectfully Submitted,

Baruch S. Gottesman, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
|
MARK KRAFT, Trustee of The Marilyn Mandel | 10-Civ-02018 (JG)(RML)
Irrev. Trust DTD 6/12/05 |
|
                    Plaintiff, | **STIPULATION**
|
   ~ against ~ |
|
LINCOLN BENEFIT LIFE COMPANY, |
|
                   Defendant / Third- |
                   Party Plaintiff, |
|
   ~ against ~ |
|
CHAIM MUSKAT, |
|
                   Third-Party Defendant |
|
-----------------------------------------------------------x

## STIPULATION

(EXTENDING TIME FOR THIRD-PARTY DEFENDANT
TO ANSWER THIRD-PARTY COMPLAINT)

We, the undersigned counsel for Defendant/Third-Party Plaintiff LINCOLN BENEFIT LIFE COMPANY and Third-Party Defendant CHAIM MUSKAT do hereby stipulate and consent to extend the time for Third-Party Defendant Chaim Muskat to Answer until on or before February 4, 2011.

    3.    Agreed to this 20th of January, 2011.

_____         _____
ANDREW HAHN                                  BARUCH S. GOTTESMAN
Seyfarth Shaw LLP                            185-12 Union Turnpike
620 Eighth Avenue                            Fresh Meadows, NY
New York, NY 10018                       *Attorney for Third-Party Defendant*
*Attorneys for Third-Party Plaintiff*