

**LIPSIUS –BENHAIM LAW, LLP**

14 Penn Plaza, Suite 500
New York, New York 10122
212.981.8440
Facsimile 212.695.6602
www.lipsiuslaw.com

IRA S. LIPSIUS
ilipsius@lipsiuslaw.com

September 2, 2011

**VIA ECF**

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court Freund
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    **Mark Kraft, Trustee v. Lincoln Benefit Life Company**
              **Docket No. 10-2018 (JG) (RML)**

Dear Judge Levy:

      By consent of all parties, the parties are requesting an extension until November 15, 2011 to complete fact discovery.

**Request for Extension of Time to Complete Fact Discovery**

      (1) Date for Completion of Fact Discovery:     September 30, 2011
      (2) Additional Time Needed:     November 15, 2011
      (3) Number of Previous Requests for Extension:     Request made on January 14, 2011 when third party was bought into case. All other extension of time were made by court minute order.
      (4) Previous Request Granted:     Yes
      (5) Consent:   Yes, Defendant consents to extension of time
      (6) The extension will affect other scheduled dates. A copy of a proposed revised discovery order is attached.

**Reason for Request**:

      There was a discovery dispute as to document production and Interrogatory responses. The parties have been meeting and conferring throughout the summer in an effort to resolve the issues without court intervention. Although the parties have not completely resolved these

LIPSIUS-BENHAIM LAW, LLP

Honorable Robert M. Levy
September 2, 2011
Page 2

issues, the parties have agreed to go forward with depositions and address certain open discovery issues following depositions. Defendant has agreed to produce additional documents that have not yet been received.

Very truly yours,

LIPSIUS-BENHAIM LAW LLP

Cheryl D. Lipsius

CDL:bl
Enclosure

Consented to:

SEYFARTH SHAW LLP

By: _____
Richard Resnik, Esq.

Consented to:

_____
Baruch S. Gottesman, Esq.

## MARK KRAFT v. LINCOLN BENEFIT v. CHAIM MUSKAT
Docket No. 10-02018

## PROPOSED REVISED SCHEDULING ORDER

| | |
|---|---|
| Fact Discovery Due | November 5, 2011 |
| End Date for Plaintiff's Witness Expert Reports | December 1, 2011 |
| Amended Pleadings Due by Plaintiff | December 28, 2011 |
| End Date for Defendants Witness Expert Reports | January 1, 2012 |
| End Date for Expert Discovery | January 12, 2012 |
| Dates for Filing Contemplated Dispositive Motion: | |
| Plaintiff | January 15, 2012 |
| Defendant | January 15, 2012 |
| Amended Pleadings Due by Defendant | February 11, 2012 |