UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARK KRAFT, Trustee of The Marilyn Mandel : 10-CV-02018 (JG) (RML)
Irrev. Trust DTD 6/12/05,
                                                    :
                                                    :
                              Plaintiff,            : **STIPULATION OF**
                                                    : **VOLUNTARY DISMISSAL OF**
                 vs.                                : **THIRD-PARTY COMPLAINT**
                                                    : <u>**WITHOUT PREJUDICE**</u>
LINCOLN BENEFIT LIFE COMPANY,                       :
                                                    :
                              Defendant.            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
LINCOLN BENEFIT LIFE COMPANY,                       :
                                                    :
                                                    :
                       Third-Party Plaintiff,       :
                 vs.                                :
                                                    :
CHAIM MUSKAT,                                       :
                                                    :
                                                    :
                       Third-Party Defendant. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     **PLEASE TAKE NOTICE**, that all parties who have appeared hereby stipulate, pursuant

to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the claims set forth in

defendant Lincoln Benefit Life Company's Third-Party Complaint against Chiam Muskat

("Muskat") shall be dismissed without prejudice. This Stipulation is without prejudice to the

rights of any party, including but not limited to any right Muskat may have to intervene in the

instant action. For the purpose of this Stipulation, signatures transmitted by facsimile or email

shall be deemed original signatures. This Stipulation may be executed in counterparts, all of

which, when read together, shall constitute the entire Stipulation.

13885808v.1

Dated: New York, New York
October 28, 2011

SEYFARTH SHAW, LLP
Attorneys for Defendant/Third-Party Plaintiff
Lincoln Benefit Life Company

By: _____
     Jay W. Cho, Esq.
     620 Eighth Avenue
     New York, New York 10018-1405
     Tel. No.: (212) 218-5255
     Fax No.: (212) 218-5526

BARUCH S. GOTTESMAN
Attorney for Third-Party Defendant
Chaim Muskat

By: _____
     Baruch S. Gottesman, Esq.
     185-12 Union Turnpike
     Fresh Meadows, New York 11366-1710
     Tel No.: (718) 454-4422 x 103
     Fax No.: (212) 859-7307

LIPSIUS-BENHAIM LAW, LLP
Attorneys for Plaintiff Mark Kraft

By: _____
     Cheryl Deborah Lipsius,
     Ira S. Lipsius
     14 Pennsylvania Plaza Suite 500
     New York, NY 10122
     Tel. No.: (212) 981-8440

13885808v.1

Dated: New York, New York
October 28, 2011

SEYFARTH SHAW, LLP
Attorneys for Defendant/Third-Party Plaintiff
Lincoln Benefit Life Company

By: _____
        Jay W. Cho, Esq.
        620 Eighth Avenue
        New York, New York 10018-1405
        Tel. No.: (212) 218-5255
        Fax No.: (212) 218-5526

BARUCH S. GOTTESMAN
Attorney for Third-Party Defendant
Chaim Muskat .

By: _____
        Baruch S. Gottesman, Esq.
        185-12 Union Turnpike
        Fresh Meadows, New York 11366-1710
        Tel No.: (718) 454-4422 x 103
        Fax No.: (212) 859-7307

LIPSIUS-BENHAIM LAW, LLP
Attorneys for Plaintiff Mark Kraft

By: _____
        Cheryl Deborah Lipsius,
        Ira S. Lipsius
        14 Pennsylvania Plaza Suite 500
        New York, NY 10122
        Tel. No.: (212) 981-8440

13885808v.1