**LIPSIUS –BENHAIM LAW, LLP**

80-02 Kew Gardens Road
Kew Gardens, NY 11415
212.981.8440
Facsimile 212.695.6602
www.lipsiuslaw.com

IRA S. LIPSIUS
Direct Line: 212-981-8442
Email:  ilipsius@lipsiuslaw.com

March 2, 2012

**VIA ECF**

Honorable Robert M. Levy
United States Magistrate Judge
United States District Court
Eastern District of New York
255 Cadman Plaza East
Brooklyn, NY 11201

    Re: **Mark Kraft, Trustee v. Lincoln Benefit Life Company**
      **Docket No. 10-cv-2018**
      **Our File No. 4359.2301**

Dear Judge Levy:

  By consent of all parties, the parties are requesting an extension of time to the briefing schedule in the Minute Entry of February 9, 2012.

**Request for Extension of Time to Brief the Privilege Motion**

1. Original Date for Motion:    March 2, 2012
   Original Date for Opposition:   March 16, 2012

2. Additional Time Needed:
   Date for Motion:      March 9, 2012
   Date for Opposition:     March 30, 2012

3. Number of Previous Extensions:  None

4. Consent:         Yes

5. The extension will affect other scheduling dates.  The parties are further requesting that the Compliance Conference presently scheduled for March 28, 2012 be adjourned until after the motion is briefed.  The Magistrate's individual practice requires a new Scheduling Order if the scheduling will affect other dates.

LIPSIUS-BENHAIM LAW, LLP

Honorable Robert M. Levy
March 2, 2012
Page 2

      In light of Magistrate Judge Robert M. Levy's directive in the minute entry which states that "…the discovery deadline will be extended to a date to be set after a decision is rendered," the parties await the Court's new scheduling order and will not be attaching a new scheduling order.

**Reason for Request**:

      Due to attorneys' scheduling issues, the parties are requesting additional time.

      Very truly yours,

      LIPSIUS-BENHAIM LAW, LLP

      Ira S. Lipsius

ISL:bl